IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CORTEZ, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | NO. 05-CV-6701 |
|     Defendant. | : | |

ORDER

AND NOW, this 28th day of December, 2006, upon consideration of Defendant's motion for summary judgment, the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and Plaintiff's objection to the Report and Recommendation, it is hereby ORDERED as follows:

1. The Report and Recommendation (Doc. No. 12) is APPROVED and ADOPTED;

2. Defendant's motion for summary judgment (Doc. No. 9) is GRANTED;

3. Plaintiff's complaint (Doc. No. 1) is DISMISSED;

4. The Clerk of Court is instructed to close this matter for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome Davis, J.